**ORDERED.**



**Dated: November 16, 2009**

/s/ Eileen W. Hollowell
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

MILO BO BERGESON

Debtors.

No. 4:08-bk-00646-EWH

Chapter 13

STIPULATED ORDER
CONFIRMING CHAPTER 13 PLAN

The Debtor(s)' (hereinafter collectively "the Debtor") Chapter 13 Plan having been transmitted to the creditors; and that having been determined after notice and objections having been filed by (1) the Trustee, Dianne C. Kerns, (2) Pima County Attorney's Office. The objections having been resolved as indicated below and good cause appearing,:

IT IS ORDERED, ADJUDGED AND DECREED that the Plan is confirmed as proposed :

1. **PAYMENT AND LENGTH OF PLAN:**
   The Debtor shall pay to the Trustee $115.00 per month for ~~30~~ 36 months.

2. **ADMINISTRATIVE EXPENSES:**
   Eric Slocum Sparks shall be paid $1,874.00 for unpaid attorney's fees and costs.

3. **PRIORITY CLAIMS:**
   None.

Case No. 08-00646
Stipulated Order Confirming Chapter 13 Plan
Page 2

3. ARREARAGE CLAIMS:

None.

4. SECURED CLAIMS: ~~cm~~ Pima County will be paid $0.00, through the plan. ~~Pima County shall be paid pursuant to their proof of claim in~~ The claim ~~the amount of $3,126.05 at 16% interest. Consent to this treatment~~ has been ~~is evidenced by the creditor's signature~~ below. withdrawn Cm

IT IS FURTHER ORDERED that the Debtors must seek court approval prior to purchasing or selling any real property or incurring any debt out of the ordinary course;

IT IS FURTHER ORDERED that the Plan will be administered to provide that allowed, timely-filed, unsecured claims shall share a pro-rata share of available Plan funding; and

IT IS FURTHER ORDERED that the Trustee's compensation is not fixed, but paid as set by 28 U.S.C. § 586(e)(1)(B) and (e)(2) not to exceed a maximum of ten percent (10%).

DATED: _____

_____
UNITED STATES BANKRUPTCY JUDGE

_Craig Morris for_
Dianne C. Kerns 11-5-09
Chapter 13 Trustee

_____
German Yusufov
Pima County

_____
Eric Slocum Sparks
Attorney for Debtor

```
                        PLAN ANALYSIS
DEBTOR:_____ Case No.:_____

PRIOR: Bankruptcy(   )  Chapter 13(   )  Date: _____
```

TOTAL DEBT PROVIDED FOR UNDER THE PLAN PLUS ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| A. | TOTAL PRIORITY CLAIMS | |
|    | 1. UNPAID ATTORNEY FEES | $1,874.00 |
|    | 2. TAXES | $ |
|    | 3. OTHER | $ |
| B. | TOTAL OF PAYMENTS TO CURE DEFAULTS | $ |
| C. | TOTAL OF PAYMENTS ON SECURED DEBTS | $ |
| D. | TOTAL OF PAYMENTS ON GENERAL UNSECURED | $ |
| E. | SUB-TOTAL | $3,726.00 |
| F. | TOTAL TRUSTEE'S COMPENSATION | $414.00 |
| G. | TOTAL DEBT AND ADMINISTRATIVE EXPENSES | $4,140.00 |

RECONCILIATION WITH CHAPTER 7

H. INTEREST OF GENERAL UNSECURED CREDITORS IF CHAPTER 7 FILED

| | |
|---|---|
| 1. Value of Debtor's interest in non-exempt property | $2,085.00 |
| 2. Plus value of Property recoverable under avoid powers | $0.00 |
| 3. Less estimated Chapter 7 administrative expenses | $750.00 |
| 4. Less amounts payable to priority creditors other than costs of administration | $0.00 |
| 5. Equals estimated amount payable to general unsecured creditors if Chapter 7 filed | $1,335.00 |

| | | |
|---|---|---|
| I. | ESTIMATED DIVIDEND FOR GENERAL UNSECURED CREDITORS UNDER CHAPTER 7 | $1,335.00 |
| J. | SECTION 1325(b) ANALYSIS | |
|    | 1. Amount of Line 58 of Statement of C.M.I. | $ |
|    | 2. Applicable Commitment Period | $ |
|    | 3. Amount Required to be paid to unsecured creditors | $ |
| K. | ESTIMATED DIVIDEND UNDER PLAN | $ |

• IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THE PLAN ANALYSIS, THE PROVISIONS OF THE PLAN AS CONFIRMED CONTROL.